UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-33055 |
|---|---|
| LORI B. ETENGOFF | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4055559**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 19/ 16 | COUNTS HOLLY R PSY D<br>28 E RAHN RD<br>SUITE 104<br>DAYTON, OH  45429 | 138.58 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/10/2011

Certificate of Service                06-33055

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

LORI B. ETENGOFF
442 BRIGHTWOOD AVENUE
DAYTON, OH  45405

MARY K. C. SOTER
5518 N MAIN ST
DAYTON, OH  45415

(16.1)
COUNTS HOLLY R PSY D
28 E RAHN RD
SUITE 104
DAYTON, OH  45429

(59.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(62.1n)
ERIC A STAMPS
3814 LITTLE YORK RD
DAYTON, OH  45414

(63.1n)
HOLLY N WOLF
MANLEY DEAS KOCHALSKI LLC
BOX 165028
COLUMBUS, OH  43216

(60.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner         sv